AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| SCOTT C., | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| *Defendant* | |

Civil Action No.   2:26-cv-3-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The ALJ's nondisability decision is AFFIRMED.
              Judgment entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Edward F. Shea _____

Date:   May 22nd, 2026 _____          *CLERK OF COURT*

                                          s/Sean F. McAvoy _____
                                          *Signature of Clerk*